Attachment A

The Parties' Questions Concerning the
Jurors' Legal Qualifications to Serve

1.   Are you presently a citizen of the United States?

2.   Are you 18 years of age or older?

3.   Have you resided within the Northern District of Georgia for a period of at least one year?

4.   Have you been convicted in a state or federal court of any crime punishable by imprisonment for more than one year? If so, have your civil rights been restored by pardon or amnesty?

5.   Do any of you currently have any charges pending against you for commission of a crime punishable by imprisonment for more than one year?

6.   Are you able to read, write, speak, and understand the English language?

7.   Are you incapable of rendering efficient jury service due to any mental infirmity?

8.   Are you incapable of rendering efficient jury service due to any physical infirmity?