**Plaintiff's Objections to Defendant's Attachment F-2**

Plaintiff objects to Defendant calling the following persons as witnesses at trial, showing that the Defendants did not identify either individual in its disclosures or in its answers to interrogatories requesting the identity of persons with knowledge of certain claims and defenses: **Chuck Meadows** and **Valerie Reid.**