## Attachment G-1
## Plaintiff's List of Documentary and Physical Evidence

| No. | Document |
|---|---|
| 1 | Job history, K.C. Marks |
| 2 | Performance Payment Award, 5/24/2001 |
| 3 | Marks Performance Evaluation, June 8, 2001 |
| 4 | City of Atlanta Job Description, Public Works Manager |
| 5 | 2003 Organization Chart – Public Works-Administration |
| 6 | Letter from Mary Ann Johnson to Wanda Blackwell, 2/7/2003 |
| 7 | City of Atlanta 2003 Budget (excerpts) |
| 8 | City of Atlanta 2003 Budget Mid-year Review |
| 9 | Email from Owens to KC Marks, 6/05/2003 re Yard Waste Statistics |
| 10 | Email from Griffin to Marks, 6/05/2003 re: Cabbage Town Initiatives MOU |
| 11 | Memo from Marks to Owens, 6/9/2003 re: Yard trimming statistics |
| 12 | Letter from Ga. Dept. of Natural Resources to K.C. Marks, 6/6/2003 re: Municipal Solid Waste Landfills |
| 13 | Memo from Marks to Owens, 7/23/2003 re: demolition estimate |
| 14 | Special Events 2003 chart |
| 15 | Department of Public Works/Sold Waste 2004 Proposed Budget |
| 16 | Major Operating Budget Issues 2004 |

| | |
|---|---|
| 17 | Memo from Owens to Moraitakis, 7/14/2003 re: Garbage Collection Services |
| 18 | Department of Public Works 2004 Equipment Replacement and Requirement Schedule for Solid Waste Services |
| 19 | Mayor's Dashboard Reports, 2003 |
| 20 | Department of Public Works employee lists, 8/15/03 |
| 21 | Calendar for year 2003 |
| 22 | Notice of Proposed Adverse Action, 8/11/2003 |
| 23 | Supplementary Form, Notice of Proposed or Final Adverse Action |
| 24 | Notice of Final Adverse Action, 8/22/2003 |
| 25 | City of Atlanta QPAI Manual |
| 26 | Memorandum from BPC to CSB, 12/16/2003 re: Marks five-day suspension |
| 27 | Unsigned and undated reprimand with attached Personnel Transaction and Certification signed by Owens 8/25/03 |
| 28 | Memorandum to Scott from Johnson, 8/31/2003, re: K.C. Marks III Notice of Appeal |
| 29 | Memorandum from David Scott to Adam Smith, September 12, 2003, re: Recommendation for award of Emergency Contract C-513 |
| 30 | Draft City-Consultant Agreement, C-513, Emergency Yard Collection and Grass Cutting Services |
| 31 | Memorandum from David Scott to Adam Smith, October 23, 2003, re: WCC Landscape Maintenance |
| 32 | Emergency Contract C-513A, Emergency Yard Trimmings and Grass Cutting Program |

| | |
|---|---|
| 33 | Memorandum from Owens to Marks, 9/29/2003, re Leave Request |
| 34 | Department of Public Works Leave Request Form submitted by K.C. Marks & signed by Owens 9/29/2003 |
| 35 | Department of Public Works Leave Request Form, signed by Donna Owens 10/1/2003 |
| 36 | Notice of Proposed Adverse Action of discharge signed by Owen 10/21/2003 |
| 37 | Phone Memo to Comm. Scott from K.C. Marks, 10/22/2003 |
| 38 | Letter to Marks to Scott, 10/23/2003 |
| 39 | FMLA Request forms dated 10/14/2003 |
| 40 | Certification of Serious Health Condition signed by Allen C. Carter, Ph.D., 10/22/2003 |
| 41 | Letter from Johnson to Marks dated 12/22/2003, approving FMLA leave through 1/6/2004 |
| 42 | Letter from Marks to Scott, 12/28/2003, requesting extension of leave |
| 43 | Pl. Ex. 17   Certification of Serious Health Condition signed by Allen C. Carter, Ph.D., 12/17/2003 |
| 44 | Calendar for year 2004 |
| 45 | "Phone Memo" to Donna from K.C., 1/5/0[4] |
| 46 | Letter from Johnson to Marks, 12/22/03, with handwritten note to "Evelyn" |
| 47 | Letter from Mary Ann Johnson to Marks, 1/8/2004 |
| 48 | Letter from Scott to Marks, 1/8/2004 |

| | |
|---|---|
| 49 | Notice of Proposed Adverse Action, 1/22/2004 |
| 50 | Letter from Marks to Owens, 1/27/2004, with Express Mail receipt stamped 1/28/2004 |
| 51 | Facsimile from Adkinson to Huber, February 4, 2004, with Notice of Proposed Adverse Action and attachments |
| 52 | Letter from Huber to Scott/Owens, 2/6/2004 |
| 53 | EEOC Charge #110-2004-01766, stamped "received EEOC-ATDO 2/6/2004" |
| 54 | Fax to Evelyn Atkinson dated 2/10/2004, with handwritten note |
| 55 | Notice of Final Adverse Action, discharge, 2/10/2004 |
| 56 | Personnel Transaction and Certification, 2/10/2004 |
| 57 | Separation Notice dated 2/10/2004, for Dismissal – Abandonment of Job |
| 58 | Memo from Elder to Graham-Adkinson re Notice of Charge of Discrimination, February 23, 2004 |
| 59 | Memorandum to Alfred Elder from Evelyn Graham-Adkinson, re: Discrimination Complaint, March 22, 2004 |
| 60 | Letter to EEOC from Alfred Elder, 4/12/2004 |
| 61 | Position statement, Enclosure (1) to letter to EEOC, 4/12/2004 |
| 62 | Sanitation Field Superintendent Advertisement, Enclosure (1) to Elder letter to EEOC, 4/12/2004 |
| 63 | Printout of computer screen, K.C. Marks III, with handwritten notes of job titles and dates |
| 64 | Letter to EEOC from Elder, 5/10/2004 |

| | |
|---|---|
| 65 | Position Statement, Enclosure (1) to letter to EEOC from Elder, 5/10/2004 |
| 66 | EEOC Determination, 6/8/2004 |
| 67 | Letter from David Scott to Donald Murray, November 25, 2003, re: discharge from employment |
| 68 | Personnel Transaction and Certification promoting James Swope to Public Works Manager |
| 69 | Personnel Transaction and Certification promoting James Swope to Public Works Manager, Sr. |
| 70 | Letter from Alfred Elder to EEOC, 7/20/2004, requesting reconsideration of cause finding |
| 71 | Letter from Mary Ann Johnson to Ladun Esan, May 18, 2004, approving Family and Medical Leave through July 21, 2004 |
| 72 | Email from Ladun Esan to Betty Harris, 7/21/2004 |
| 73 | Letter from David Scott to Ladun Esan, 07/29/2004 re failure to contact supervisor by required date and failure to request additional leave |
| 74 | Internal emails Concerning Ladun Esan, dated August 16, 2004 |
| 75 | Notice of Proposed Adverse Action of Dismissal to Ladun Esan |
| 76 | Personnel Transaction and Certification, Oladunjoye Esan, placing Esan on suspension with pay |
| 77 | Personnel Transaction and Certification, Oladunjoye Esan, employee returned from Family and Medical Leave effective 8/16/2004 |
| 78 | Marks pay stubs, 9/29/03 to 12/11/2004 |
| 79 | COA payroll screens for K.C. Marks III |

| | |
|---|---|
| 80 | City of Atlanta Family and Medical Leave policy, HR 4.05 |
| 81 | City of Atlanta Code 114-76 to -87. |
| 82 | Attendance and Sick Leave ordinances, City of Atlanta |
| 83 | City of Atlanta Code, Grievances, 114-516 to 532 |
| 84 | City of Atlanta Code, Disciplinary Action, 114-546 to 556 |
| 85 | City of Atlanta Employee Handbook |
| 86 | Excel sheet showing value of backpay and benefits |
| 87 | Excel sheet showing interest on backpay, computed quarterly |
| 88 | City of Atlanta Ordinance 03-O-1855, approved November 24, 2003 |
| 89 | City of Atlanta Classification and Salary Schedule, July 2004 |
| 90 | City of Atlanta Classification and Salary Schedule, February 3, 2005 revisions |
| 91 | City of Atlanta Classification and Salary Schedule, October 2005 revisions |
| 92 | City of Atlanta Classification and Salary Schedule, August 2006 revisions |
| 93 | City of Atlanta Ordinance 04-O-0068, providing for 2% COLA for all City employees effective July 1, 2004 |
| 94 | City of Atlanta Ordinance 04-O-1921 providing for 1% COLA for certain City employees effective 1st pay period of 2005 budget year |
| 95 | City of Atlanta Ordinance 05-O-2269 providing for 2.2% COLA for all City employees, effective 1st pay period of 2006 budget year |
| 96 | Report of Paul Wright, with supporting calculations |

| | |
|---|---|
| 97 | Supplement to Report of Paul Wright, with supporting calculations |
| 98 | Paul Wright calculation of present value of Marks's future lost pension |
| 99 | City of Atlanta General Employees Pension Fund booklet |
| 100 | Pension information card, K.C. Marks III |
| 101 | Memorandum to K.C. Marks III from City of Atlanta Pension Dept., 3/9/2004 |
| 102 | Marks job search log |
| 103 | Plaintiff's First Interrogatories and Requests for Production of Documents to Defendant City of Atlanta, served March 25, 2005 |
| 104 | Defendant City of Atlanta's answers and objections to Plaintiff's First Interrogatories and Request for Production of Documents, served May 11, 2005 |
| 105 | Letter from Mary J. Huber to Deborah Wakefield and Cleora Anderson, April 24, 2006, re: production of documents |
| 106 | Letter from Cleora Anderson to Mary J. Huber, May 24, 2006, re: lost email records |
| 107 | City of Atlanta "Partial Response to Request for Production 17" |
| | Deposition transcript, Donna Owens |
| | Deposition transcript, David Scott |
| | Deposition transcript, Evelyn Adkinson |
| | Deposition transcript, Mary Ann Johnson |

Plaintiff reserves the right to introduce any document or exhibit listed on Defendant's Attachment G-2.